UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>        Plaintiff,<br><br>v.<br><br>DEPUTY FREDDIE,<br><br>        Defendant. | Case No. 1:19-cv-01252-DAD-EPG<br><br>**FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS ACTION BE DISMISSED, WITHOUT PREJUDICE**<br><br>**OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN (14) DAYS** |

On September 9, 2019, Plaintiff, William J. Gradford, proceeding *pro se*, commenced this action by filing a Complaint against Defendant, Deputy Freddie. (ECF No. 1.) Plaintiff did not pay a filing fee nor submit an application to proceed *in forma pauperis*. Thus, on September 11, 2019, the Court entered an order directing Plaintiff to either submit an application to proceed *in forma pauperis* or pay the $400 filing fee within thirty days of service of the order. (ECF No. 3.) The Court warned Plaintiff, "Failure to obey this order may result in dismissal of this action." (*Id.*) More than thirty days have passed since service of the Court's order and Plaintiff has failed to pay the filing fee, submit an application to proceed *in forma pauperis*, or otherwise respond to the Court's order.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. This action be dismissed, without prejudice, for Plaintiffs' failure to pay the filing fee or file an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915;

     and

     2. The Clerk of Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with these findings and recommendations, Plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."

Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **October 28, 2019**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE