| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FREDDIE,<br><br>　　　　　Defendant. | 1:19-cv-01252-EPG (PC)<br><br>ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS; DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION; AND REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

　　　　Plaintiff has filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff neither filed an application to proceed *in forma pauperis* nor paid the $400.00 filing fee in full. Therefore, on September 11, 2019, the Court directed the Clerk's Office to send Plaintiff a regular civil *in forma pauperis* application, and ordered Plaintiff to file, within 30 days of service of the Order, either a completed regular civil *in forma pauperis* application or pay the $400.00 filing fee in full. (ECF No. 3.) The Court warned Plaintiff, "Failure to obey this order may result in dismissal of this action." (*Id.*)

　　　　More than thirty days passed after service of the Court's order and Plaintiff still had not filed either the filing fee or an application to proceed *in forma pauperis*, nor had Plaintiff otherwise responded to the Court's order. Therefore, on October 28, 2019, the Court entered findings and recommendations that this action be dismissed, without prejudice, for failure of Plaintiff to pay the filing fee or an application to proceed *in forma pauperis*. (ECF No. 6.) Plaintiff was given fourteen days to file objections to the findings and recommendations. (*Id.*)

1

On November 12, 2019, Plaintiff filed objections to the findings and recommendations. (ECF No. 7.) Plaintiff represents to the Court that he mailed an application to proceed *in forma pauperis* "weeks prior to the deadline," and that "if the court cannot find Plaintiff's application on court records or files Plaintiff would be more than happy to resubmit an application to procced in forma pauperis if the court is willing to mail another application and set new deadline instead of dismissal of this case. . . ." (*Id.*)

Based on Plaintiff's representations, the Court will withdraw the findings and recommendations (ECF No. 6) and provide Plaintiff with one final opportunity to file an application to proceed *in forma pauperis* or pay the filing fee in full. Accordingly,

IT IS ORDERED that:

1. The findings and recommendations entered October 28, 2019 (ECF No. 6) are WITHDRAWN;
2. The Clerk's Office shall send plaintiff a regular civil *in forma pauperis* application;
3. Within **thirty (30) days** from the date of service of this order, plaintiff shall either file a completed regular civil *in forma pauperis* application or pay the $400.00 filing fee in full; and
4. <u>Failure to obey this order may result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated: **November 19, 2019**       /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE