# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPUTY FREDDIE,<br><br>        Defendant. | Case No. 1:19-cv-01252-DAD-EPG (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RESEND PLAINTIFF COPY OF SCREENING ORDER AND SERVICE DOCUMENTS |

On January 9, 2020, the Court entered a screening order requiring Plaintiff to complete and return service documents within thirty days. (ECF No. 11.) On January 21, 2020, Plaintiff filed a notice of change of address. (ECF No. 12.) Plaintiff has not yet returned service documents as ordered by the Court. However, this failure to return service documents may be the result of Plaintiff's non-receipt of the Court's screening order due to the timing of his change of address. On March 17, 2020, Plaintiff filed a notice of change of address in another case he has pending before the Court, and the Court has updated his address in the present case based on that information. (See ECF No. 14.)

Based on the foregoing,

IT IS ORDERED:

1. The Clerk of Court is directed to resend to Plaintiff, at his current address of record, a copy of the Screening Order, entered on January 9, 2020 (ECF No. 11), as well as

one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the complaint filed on September 9, 2019 (ECF No. 1).

2. Plaintiff is granted an additional thirty (30) days from the date of service of this order to comply with the Screening Order.

3. **<u>Failure to comply with this order may result in the dismissal of this action</u>**.

IT IS SO ORDERED.

Dated: **March 19, 2020**

/s/ *Erin P. Gro[j]*
UNITED STATES MAGISTRATE JUDGE