UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>                Plaintiff,<br><br>v.<br><br>DEPUTY FREDDIE,<br><br>                Defendant. | Case No. 1:19-cv-01252-DAD-EPG (PC)<br><br>**ORDER RESETTING INITIAL SCHEDULING CONFERENCE**<br><br>Date:     February 22, 2021<br>Time:    11:00 AM<br>Courtroom: 10 (EPG)<br><br>**ORDER DIRECTING CLERK OF COURT TO SERVE PLAINTIFF WITH THE COURT'S ORDER SETTING AN INTIAL SCHEDULING CONFERENCE (ECF NO. 26)** |

     Plaintiff William Gradford ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

     The Court entered an order on July 7, 2020, requiring initial disclosures and setting an Initial Scheduling Conference in this case for October 26, 2020. (ECF No. 26.) On September 21, 2020, Plaintiff filed a motion to dismiss. (ECF No. 28.) The Court accordingly vacated the Initial Scheduling Conference on October 20, 2020, with the conference to be reset if necessary following a ruling on the motion to dismiss. (ECF No. 32.) On December 8, 2020, District Judge Dale A. Drozd granted Plaintiff's request to withdraw the motion to dismiss. (ECF No. 33.) The Court will therefore reset the Initial Scheduling Conference in this case.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Initial Scheduling Conference is RESET for **February 22, 2021 at 11:00 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean**. To appear telephonically, each party is to use the following dial-in number and passcode: Dial-in number 1-888-251-2909; Passcode 1024453;
2. The parties are to complete initial disclosures and file a scheduling conference statement in compliance with the deadlines set forth in the Court's order setting an Initial Scheduling Conference (ECF No. 26); and
3. The Clerk of Court is respectfully directed to serve Plaintiff with a copy of the Court's order setting an Initial Scheduling Conference (ECF No. 26).

IT IS SO ORDERED.

Dated:     **December 14, 2020**            /s/ *Erica P. Grosjean*
                                            UNITED STATES MAGISTRATE JUDGE