UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GRADFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPUTY FREDDIE,<br><br>        Defendant. | Case No. 1:19-cv-01252-DAD-EPG (PC)<br><br>ORDER VACATING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 34) |

On December 14, 2020, the Court set an initial scheduling conference in this action. (ECF No. 34.) The conference is currently set for February 22, 2021, at 11:00 a.m. (*Id.*) The Court also required the parties to exchange initial disclosures thirty days before the conference and to file scheduling conference statements fourteen days before the conference. (*Id.*, ECF No. 26.) Accordingly, initial disclosures were to be exchanged by January 23, 2021, and the parties' scheduling conference statements were to be filed by February 8, 2021.

Plaintiff filed his scheduling conference statement on January 28, 2021. (ECF No. 36.) However, Defendant has not yet filed a scheduling conference statement.

The Court has determined that it does not need a scheduling conference in order to proceed with a schedule in this case. Accordingly, the scheduling conference set for February 22, 2021 is VACATED.

The parties are still required to exchange initial disclosures and to file scheduling conference statements. Accordingly, Defendant is ordered to file his scheduling conference statement within seven (7) days of entry of this order. The Court will issue a scheduling order after reviewing the parties' scheduling conference statements.

IT IS SO ORDERED.

Dated: **February 12, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE