UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPUTY FREDDIE,<br><br>        Defendant. | Case No. 1:19-cv-01252-DAD-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A SETTLEMENT CONFERENCE<br><br>(ECF No. 41) |

      Plaintiff William J. Gradford ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's motion for a settlement conference. (ECF No. 41.)

      On March 8, 2021, Plaintiff filed a motion requesting that the Court set a joint settlement conference in this case and in *Gradford v. Velasco, et al*, Case No. 1:20-cv-00543-NONE-EPG (PC). (ECF No. 41.) Defendant Deputy Freddie ("Defendant") filed an opposition to the motion on March 10, 2021. (ECF No. 43.) Defendant's opposition states that settlement would not be fruitful because his employer, the County of Stanislaus, previously settled this case and Defendant intends to file a motion to enforce the settlement. (*Id.*)

      In light of Defendant's opposition, the Court will not order the parties to participate in a settlement conference at this time. However, the district judge will require a settlement conference before this case proceeds to trial. Therefore, the Court will order Defendant to file a

1

statement indicating when he wants to have a settlement conference before trial. The statement shall be filed two weeks after a ruling on a dispositive motion is issued or by December 15, 2021, if no dispositive motion is filed. The parties may also jointly request a settlement conference at any time.

Accordingly, IT IS ORDERED that:

1. Plaintiff's motion for a settlement conference (ECF No. 41) is DENIED without prejudice; and
2. Defendant shall file a statement indicating when he wants to have a settlement conference before trial. The statement shall be filed two weeks after a ruling on a dispositive motion is issued or by December 15, 2021, if no dispositive motion is filed.

IT IS SO ORDERED.

Dated: **March 11, 2021**              /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE